2:22-CV-01586-JAD-NJK

Antrez Manuel
3040 E. Charleston Blvd Apt 2146
Las Vegas, NV 89104
702-936-2677

```
☑ FILED        ☐ RECEIVED
☐ ENTERED      ☐ SERVED ON
          COUNSEL/PARTIES OF RECORD

          SEP 20 2022

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

In the United States District Court
For the District of Nevada

Antrez Manuel
Plaintiff,

vs.

Defendant.

Bridge Property Management

Case #

22cv1586

Complaint

## Jurisdiction
U.S. District Court

## Complaint/Demand

Back pay of rent, mental, and physical damages in the amount of $38,000 dollars.

9/20/2022

Antrez Manuel
702-936-2677