UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Antrez Manuel, <br><br> Plaintiff <br><br> v. <br><br> Bridge Property Management, <br><br> Defendant | Case No.: 2:22-cv-01586-JAD-NJK <br><br> **Order Adopting Report and Recommendation, Dismissing Case, and Denying Motion for Leave to Proceed** *in forma pauperis* <br><br> [ECF Nos. 8, 10] |

The magistrate judge has screened plaintiff Antrez Manuel's amended complaint,[1] finds that his allegations continue to fall short of stating a colorable claim, and recommends that I dismiss Manuel's action without leave to amend.[2] The deadline for any party to object to that recommendation was November 9, 2022, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

---

[1] ECF No. 7.

[2] ECF No. 10.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 10] is ADOPTED** in its entirety.  This case is **DISMISSED** without leave to amend because it appears that amendment would be futile.  The motion for leave to proceed *in forma pauperis* **[ECF No. 8] is DENIED as moot. The Clerk of Court is directed to CLOSE THIS CASE.**

                                                _____
                                                U.S. District Judge Jennifer A. Dorsey
                                                Dated: November 29, 2022