UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Antrez Manuel,

    Plaintiff

v.

Bridge Property Management,

    Defendant

Case No.: 2:22-cv-01586-JAD-NJK

**Order Denying Motion in Closed Case**

[ECF No. 14]

    This landlord-tenant dispute was dismissed with prejudice and closed three months ago after the court found that Plaintiff Antrez Manuel had failed to establish that this court has subject-matter jurisdiction over this case.[1] Manuel now asks this court to stay his eviction.[2] Because this case has been closed, and the court cannot grant relief in a case closed under these circumstances,

    IT IS ORDERED that **the motion to stay eviction [ECF No. 14] is DENIED.  This case remains closed.**

    _____
    U.S. District Judge Jennifer A. Dorsey
    February 23, 2023

---

[1] ECF No. 11.
[2] ECF No. 14.